| UNITED STATES DISTRICT COURT | § | EASTERN DISTRICT OF TEXAS |

JESSIE HARDIN, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:20-CV-139
§
STATE PAROLE BOARD, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jessie Hardin, proceeding *pro se*, filed this lawsuit. The court referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge, pursuant to 28 U.S.C. § 636. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending dismissal of the case without prejudice for lack of jurisdiction.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the Report and Recommendation are correct and the Report of the magistrate judge is **ADOPTED** as the opinion of the court. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 13th day of July, 2021.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE